IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AVENUE C APARTMENTS, LLC, a Montana limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THE CINCINNATI INSURANCE COMPANY, a corporation; and JOHN DOES 1-10,<br><br>Defendants. | CV-19-37-BLG-SPW-TJC<br><br>**CERTIFICATION OF CONSTITUTIONAL CHALLENGE** |

Plaintiff Avenue C Apartments, LLC, filed Notice of Constitutional Challenge to Mont. Code Ann. § 33-18-242(3) on June 6, 2019. (Doc. 15.) Pursuant to Fed. R. Civ. P. 5.1 and 28 U.S.C. § 2403(b), this Court hereby certifies to the Attorney General of the State of Montana that Plaintiff has questioned the constitutionality of Mont. Code Ann. § 33-18-242(3). Specifically, the Plaintiff contends that the statute's bar of an insured's right to bring an action for bad faith against an insurer in connection with the handling of an insurance claim, while permitting a third-party to bring such a claim, violates the equal protection clause of Montana's Constitution.

/ / /

The Clerk of Court is directed to serve a copy of this certification upon the Attorney General of the State of Montana:

Office of Attorney General
Justice Building, Third Floor
215 N. Sanders
P.O. Box 201401
Helena, Mont. 59620-1401

DATED this 31st day of October, 2019.

                                                                  _____
                                                                TIMOTHY J. CAVAN
                                                                United States Magistrate Judge