IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AVENUE C APARTMENTS, LLC, a Montana limited liability company,<br><br>    Plaintiff/Counter-Defendant,<br><br>vs.<br><br>THE CINCINNATI INSURANCE COMPANY, a corporation; and JOHN DOES 1-10,<br><br>    Defendant/Counter-Claimant. | CV 19-37-BLG-TJC<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ATTEND PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |

Plaintiff Avenue C Apartments, LLC, has filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 22.) Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Plaintiff's counsel, Donald V. Snavely, William K. VanCanagan, and Trent N. Baker, may appear by telephone at the April 2, 2020, Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 10th day of March, 2020.

                                                               TIMOTHY J. CAVAN
                                                                United States Magistrate Judge