FILED
3/11/2020
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AVENUE C APARTMENTS, LLC, a Montana limited liability company,<br><br>        Plaintiff/Counter-Defendant,<br><br>vs.<br><br>THE CINCINNATI INSURANCE COMPANY, a corporation; and JOHN DOES 1-10,<br><br>        Defendant/Counter-Claimant. | CV 19-37-BLG-TJC<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO ATTEND PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |

Defendant The Cincinnati Insurance Company has filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 24.) Good cause appearing, IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Defendant's counsel, Vincent J. Velardo, may appear by telephone at the April 2, 2020, Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 11th day of March, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge