FILED
3/16/2020
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AVENUE C APARTMENTS, LLC, a Montana limited liability company,<br><br>    Plaintiff/Counter-Defendant,<br><br>vs.<br><br>THE CINCINNATI INSURANCE COMPANY, a corporation; and JOHN DOES 1-10,<br><br>    Defendant/Counter-Claimant. | CV 19-37-SPW-BLG-TJC<br><br>**ORDER REGARDING PRELIMINARY PRETRIAL CONFERENCE** |

IT IS HEREBY ORDERED that the Preliminary Pretrial Conference scheduled for April 2, 2020 at 11:30 a.m. shall be converted to a telephonic Conference. All counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030

2. Enter Access Code 5492555 #

DATED this 16th day of March, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge