IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AVENUE C APARTMENTS, LLC, a Montana limited liability company,<br><br>          Plaintiff/Counter-Defendant,<br><br>vs.<br><br>THE CINCINNATI INSURANCE COMPANY, a corporation; and JOHN DOES 1-10,<br><br>          Defendant/Counter-Claimant. | CV 19-37-BLG-SPW-TJC<br><br>**ORDER** |

The parties have filed a Joint Motion to Extend Deadlines. (Doc. 88.) The parties indicate private mediation is scheduled for September 23, 2021, and therefore, they request the discovery and motions deadline in the current scheduling order be vacated. Good cause appearing, IT IS HEREBY ORDERED that the joint motion is GRANTED. The discovery and motions deadline in the December 2, 2020 Amended Scheduling Order are vacated. The deadlines will be reset if necessary, following the private mediation. The parties shall file a Status Report by **October 1, 2021**.

DATED this 7th day of September, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge