IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AVENUE C APARTMENTS, LLC, a Montana limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THE CINCINNATI INSURANCE COMPANY, a corporation; and JOHN DOES 1-10,<br><br>Defendants. | CV 19-37-BLG-SPW-TJC<br><br>ORDER |

The Court having been notified of the settlement of this case (Doc. 92), and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 1st day of October, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge