# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| AVENUE C APARTMENTS, LLC, a Montana limited liability company,<br><br>Plaintiff,<br><br>-vs-<br><br>THE CINCINNATI INSURANCE COMPANY, a corporation; and JOHN DOES 1-10,<br><br>Defendants. | CV 19-37-BLG-SPW-TJC<br><br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 94), and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter is **DISMISSED WITH PREJUDICE**, as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 26th day of October, 2021.

_/s/ Susan P. Watters_
SUSAN P. WATTERS
United States District Judge